**COURTROOM DEPUTY MINUTES**
**MIDDLE DISTRICT OF ALABAMA**

**DATE:** 3-9-2006

**DIGITAL RECORDING:** _IA_ 3:32 - 3:44 pm
_Arri_

☑ **INITIAL APPEARANCE**
☐ **BOND HEARING**
☐ **DETENTION HEARING**
☐ **REMOVAL HEARING (R.40)**
☐ **ARRAIGNMENT**
☐ **ARRAIGNMENT on SUPERSEDING INDICTMENT**
☐ **PRELIMINARY EXAMINATION**

| | |
|---|---|
| PRESIDING MAG. JUDGE ___DRB___ | DEPUTY CLERK: ___sql___ |
| CASE NO. ___2:06cr64-MHT___ | DEFT. NAME: Deandra Twain LEWIS |
| USA: ~~Morris~~ _Speirs_ | ATTY: _Butler_ |

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; ((✓) CDO)
( ) Stand In ONLY

USPTSO/USPO:___Thweatt___

Defendant _____ does __✓__ does NOT need an interpreter

Interpreter present __✓__ NO _____ YES   NAME:_____

---

☑ kars.  Date of Arrest _3-8-06_  or  ☐ ~~RULE~~ 5
☑ kia.  Deft. First Appearance. Advised of rights/charges. ☐Pro/Sup Rel Violator
☑ kcnsl.  Deft. First Appearance with Counsel
☐  Deft. First Appearance without Counsel
☑  Requests appointed Counsel  ☑ **ORAL MOTION for Appointment of Counsel**
☑ kfinaff.  Financial Affidavit executed ☐ to be obtained by PTSO
☑ koappted  **ORAL ORDER** appointing Community Defender Organization ✓  **Notice to be filed.**
☐ k20appt.  Panel Attorney Appointed; ☐ to be appointed - prepare voucher
☐  Deft. Advises he will retain counsel. Has retained _____
☐  Government's **ORAL (kgoralm.)** Motion for Detention Hrg.  ☐  To be followed by written motion;
☑  Government's **WRITTEN** Motion for Detention Hrg. filed.
☑ kdmhrg.  **Detention Hearing** ☐ held; ☑ set for _11:30am - 3-15-06_
☐ kotempdtn.  **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
☐ kodtn.  **ORDER OF DETENTION PENDING TRIAL** entered
☐ kocondrls.  Release order entered. Deft. advised of conditions of release
☐ kbnd.  ☐**BOND EXECUTED (M/D AL charges)** $_____. Deft released (kloc LR)
☐  ☐**BOND EXECUTED (R.40 charges)** - deft to report to originating district as ordered
☐ kloc.(LC)  Bond **NOT** executed. Deft to remain in Marshal's custody
☐  Preliminary Hearing ☐ Set for _____
☐ ko.  Deft. **ORDERED REMOVED** to originating district
☐ kwvprl.  Waiver of ☐ preliminary hearing; ☐Kwvr40hrg. (Waiver of R.40 Hearing)
☐  Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury.
☐ karr.  **ARRAIGNMENT SET FOR:** _____ ☐ HELD.  Plea of **NOT GUILTY** entered.
☐  ☐Set for _____Trial Term; ☐ **PRETRIAL CONFERENCE DATE:** _____
  **DISCOVERY DISCLOSURES DATE:** _____
☐ krmknn.  NOTICE to retained Criminal Defense Attorney handed to Counsel
☐ krmvhrg.  Identity/Removal Hearing set for _____
☐ kwvspt  **Waiver of Speedy Trial Act Rights Executed**