# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **ORDER OF TEMPORARY DETENTION** |
| | ) | **PENDING HEARING PURSUANT TO** |
| | ) | **BAIL REFORM ACT** |
| v. | ) | |
| | ) | |
| DEANDRA TWAIN LEWIS | ) | CR NO. 2:06CR64 |

### ORDER

Upon the motion of the United States, it is **ORDERED** that a detention hearing is set for **March 15, 2006, at 11:30 a.m.** in The Frank M. Johnson, Jr. Federal Building and United States Courthouse, Montgomery, Alabama, in the Fourth Floor Courtroom (District Court 4A) of United States Magistrate Judge Delores R. Boyd. Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

Done this 10th day of March, 2006.

                                   /s/ Delores R. Boyd
                                   DELORES R. BOYD
                                   UNITED STATES MAGISTRATE JUDGE