IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06-CR-64-MHT |
| | ) | |
| DEANDRE TWAIN LEWIS | ) | |

# O R D E R

For good cause, in response to a request by defendant's retained counsel,

it is **ORDERED** that the detention hearing set at 11:30 a.m. on March 15, 2006, is hereby re-set to **3:00 p.m. on March 15, 2006.**

DONE this 14th day of March, 2006.

> **/s/ Delores R. Boyd**
> DELORES R. BOYD
> UNITED STATES MAGISTRATE JUDGE