IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06-CR-64-MHT |
| | ) | |
| DEANDRE TWAIN LEWIS | ) | |

## **O R D E R**

For good cause, in response to a request by defendant's retained counsel premised on his unavoidable detention in court for a scheduled proceeding in Atlanta, it is

**ORDERED** that the detention hearing set at 3:00 p.m. on March 15, 2006, is hereby continued to **3:00 p.m. on March 16, 2006, in District Courtroom 4A.** The Marshal shall produce the defendant from custody at that time.

DONE this 15th day of March, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE