# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V.    ) | CR. No.: 2:06cr64-MHT |
| ) | |
| DEANDRA TRAIN LEWIS    ) | |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW the undersigned counsel, Kevin L. Butler, and the Office of the Federal Defender, and hereby moves this Honorable Court for an Order allowing us to withdraw from the above-referenced case. In support of this motion, undersigned counsel would show:

Mr. Lewis retained Attorney Tony Axom as counsel. Therefore, there is no need for appointed counsel in this case.

WHEREFORE, premises considered, undersigned counsel hereby prays that this motion be granted.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

1

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| V. ) | CR. No.: 2:06cr64-MHT |
| ) | |
| **DEANDRA TRAIN LEWIS** ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 16, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

A. Clark Morris, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

                                              Respectfully submitted,

                                              s/ Kevin L. Butler
                                              KEVIN L. BUTLER
                                              First Assistant Federal Defender
                                              201 Monroe Street, Suite 407
                                              Montgomery, Alabama 36104
                                              Phone: (334) 834-2099
                                              Fax: (334) 834-0353
                                              E-mail: kevin_butler@fd.org
                                              AZ Bar Code: 014138