IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.: 2:06-CR-64 |
| ) | |
| DEANDRA TWAIN LEWIS, ) | |
| ) | |
| Defendant. ) | |

RECEIVED
2006 MAR 16  P 3:06

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## MOTION TO ADMIT *PRO HAC VICE*

Deandra Twain Lewis hereby moves this Court to admit Tony L. Axam, as his counsel in this matter. In support of this motion, with regard to Tony L. Axam, Deandra Twain Lewis states as follows:

1. Tony L. Axam is an attorney who practices law with Axam & Adams, P.A. Mr. Axam practices law at 1280 West Peachtree Street, Suite 310, Atlanta, GA, 30303 (404) 524-2233.

2. Mr. Axam seeks to appear in the above-styled case, currently pending in the United States District Court for the Middle District of Alabama, as counsel for Deandra Twain Lewis.

3. Mr. Axam is licensed, in good standing, and admitted to practice before the Court of last resort of Georgia, the state of his residence. No disciplinary action is pending. A Certificate of Good Standing for the United States District Court for the Northern District of Georgia is attached hereto.

1

4.   Mr. Axam agrees to subject himself to the jurisdiction of the courts of the State of Alabama, in any manner arising out of his conduct in such proceedings, and he agrees to be bound by the Code of Professional Responsibility applicable to Alabama lawyers and the interpretation thereof by Alabama courts.

This 15th day of March, 2006.

                                          Respectfully submitted,

                                          AXAM & ADAMS, P. A.

                                          _____
                                          TONY L. AXAM
                                          Attorney for Deandra Lewis
                                          GA Bar No. 029725

1280 West Peachtree Street, Suite 310
Atlanta, GA  30309
(404) 524-2233

## CERTIFICATE OF SERVICE

I hereby certify that on this the 15th day of March, 2006 a true and correct copy of the foregoing Entry of Appearance and Motion Pro Hac Vice has been served on opposing counsel by hand delivery to:

A. Clark Morris
Assistant United States Attorney
P. O. Drawer 197
Montgomery, Alabama 36101-0197

_____
TONY L. AXAM

3