

## CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**         }
                                      } ss.
**NORTHERN DISTRICT OF GEORGIA**      }

I, Luther D. Thomas, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **TONY L. AXAM , State Bar No. 29725,** was duly admitted to practice in said Court on January 9, 1974, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 14th day of March, 2006.

LUTHER D. THOMAS
CLERK OF COURT



By: *Jamee Holland* (signature)
Jamee Holland
Deputy Clerk