AO92 SM/EDM
(Rev. 4/91)

TRIPLICATE
RECEIPT FOR PAYMENT
UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF ALABAMA
at _____ MONTGOMERY

109611

| Fund | | |
|------|---|---|
| 6855XX | Deposit Funds | |
| 604700 | Registry Funds | |
| 508800 | General and Special Funds | 0001090 |
| 085000 | Immigration Fees | |
| 086900 | Attorney Admission Fees | |
| 322340 | Filing Fees | |
| 322350 | Sale of Publication | |
| 322360 | Copy Fees | |
| 143500 | Miscellaneous | |
| 322380 | Interest | |
| 322386 | Recoveries of Court Costs | |
| 121000 | Restitution of U.S. Government | |
| 129900 | Conscience Fund | 03/16/06 |
| 504100 | Gifts | |
| 613300 | Crime Victims Fund | |
| 510000 | Unclaimed Monies | |
| 510100 | Filings Spec. Acct. | |
| | Registry Admin. Acct. | |

109611**
COURT COSTS
6855XX        20.09
**
TOTAL        20.00
CASH         20.00
CHANGE        0.00
1 ITM-CT
123407N0000 16903

CASE REFERENCE:

2 06CR64-B

**RECEIVED FROM**

Tony L. Axam
1250 W. Peachtree St.
Ste 310
Atlanta GA 30309
(Def/Atty Tony L. Axam)

**DEPUTY CLERK** _____ 08 _____

Checks and drafts are accepted subject to collection and full
credit will only be given when the check or draft has been
accepted by the financial institution on which it was drawn.

THIS IS A RECEIPT, NOT A BILL