IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
_____Northern_____ DIVISION

UNITED STATES OF AMERICA    )
                            )
v                           )
                            )
Deandra Lewis               )  CR. NO. 2:06CR64-MHT
                            )

## WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, __Deandra Lewis__, defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. § 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL.

3-16-2006
DATE

_[signature]_
DEFENDANT

_[signature]_
ATTORNEY FOR DEFENDANT