**COURTROOM DEPUTY MINUTES**
**MIDDLE DISTRICT OF ALABAMA**

DATE: 3-16-2006

DIGITAL RECORDING: *3:10 - 3:20pm.*

- ☐ INITIAL APPEARANCE
- ☐ BOND HEARING
- ☑ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ☐ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE Delores Boyd          DEPUTY CLERK: sql

CASE NO. 2:06cr64-MHT                      DEFT. NAME: Deandra Twain LEWIS

USA: Morris                                ATTY: ~~Kevin Butler~~ *Tony*

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ✓ ) Waived; ( (CDO) )
( ) Stand In ONLY

USPTSO/USPO: *Thweatt*                     *Notice Given*

Defendant _____ does ✓ does NOT need an interpreter

Interpreter present ✓ NO _____ YES  NAME: _____

- ☐ kars.        Date of Arrest _____ or ☐ ~~KOLIS~~ 5
- ☐ kia.         Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- ☐ kcnsl.       Deft. First Appearance with Counsel
- ☐             Deft. First Appearance without Counsel
- ☐             Requests appointed Counsel   ☐ ORAL MOTION for Appointment of Counsel
- ☐ kfinaff.     Financial Affidavit executed ☐ to be obtained by PTSO
- ☐ koapptd      ORAL ORDER appointing Community Defender Organization - **Notice to be filed.**
- ☐ k20appt.     Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐             Deft. Advises he will retain counsel. Has retained _____
- ☐             Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐             Government's WRITTEN Motion for Detention Hrg. filed.
- ☑ kdmhrg.      **Detention Hearing** ☑ held; ☐ set for _____
- ☐ kotempdtn.   **ORDER OF TEMPORARY DETENTION PENDING HEARING entered**
- ☑ kodtn.       **ORDER OF DETENTION PENDING TRIAL** ~~entered~~
- ☐ kocondrls.   Release order entered. Deft. advised of conditions of release
- ☐ kbnd.        ☐ BOND EXECUTED (M/D AL charges) $_____. Deft released (kloc LR)
- ☐             ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- ☑ kloc.(LC)    Bond NOT executed. Deft to remain in Marshal's custody
- ☐             Preliminary Hearing ☐ Set for _____
- ☐ ko.          Deft. ORDERED REMOVED to originating district
- ☐ kwvprl.      Waiver of ☐ preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐             Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
- ☐ karr.        ARRAIGNMENT SET FOR: _____ ✓ HELD. Plea of NOT GUILTY entered.
                 ☑ Set for 5-1-06 Trial Term; ☐ PRETRIAL CONFERENCE DATE: _____
                 DISCOVERY DISCLOSURES DATE: 3-16-06
- ☐ krmknn.      NOTICE to retained Criminal Defense Attorney handed to Counsel ✓
- ☐ krmvhrg.     Identity/Removal Hearing set for _____
- ☑ kwvspt       **Waiver of Speedy Trial Act Rights Executed**