IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06-CR-64-MHT |
| | ) | |
| DEANDRE TWAIN LEWIS | ) | |

## ORDER OF DETENTION PENDING TRIAL

At the scheduled hearing on the *Government's Motion for Detention Hearing (Doc. 5, March 9, 2006)*, the defendant appeared with retained counsel, who represented defendant's inability to offer any evidence to rebut the 18 U.S.C. §3142(e) presumption on which the Government relies for detention. Accordingly, the court finds that the indictment filed March 1, 2006, adequately establishes probable cause to believe that the defendant has committed drug offenses in which a firearm was used or carried under Section 924(c).[1] Thus, the court concludes – as did the pretrial services officer after considering the nature of the offenses indicted, the defendant's criminal record, and substance abuse history – that there are no conditions or a combination of conditions that would reasonably assure his appearance and the safety of the community.

Therefore, it is **ORDERED** that the defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with

---

[1]The defendant is charged with conspiring to possess for distribution (count 1) and possessing for distribution (count 2) 500 grams or more of cocaine powder. Count 4 charges that on July 1, 2005, he knowingly used and carried a .38 special revolver and a 38 special "during and in relation to" the drug trafficking offenses charged.

defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

Done this 17th day of March, 2006.

                                            **/s/ Delores R. Boyd**
                                            DELORES R. BOYD
                                            UNITED STATES MAGISTRATE JUDGE