IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06-CR-64-MHT |
| | ) | |
| DEANDRE TWAIN LEWIS | ) | |

## ORDER ON MOTION

Upon consideration of the *Motion to Admit Pro Hac Vice* (Doc. 16, filed March 16, 2006), it appears that **Tony L. Axam** is a member in good standing of the United States District Court for the Northern District of Georgia, and is otherwise eligible to appear *pro hac vice* in this proceeding as counsel for Defendant Lewis.

Accordingly, it is **ORDERED** that the Motion is **GRANTED.**

DONE this 17th day of March, 2006.

                                                     **/s/ Delores R. Boyd**
                                                   DELORES R. BOYD
                                                   UNITED STATES MAGISTRATE JUDGE