IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06-CR-64-MHT |
| | ) | |
| DEANDRE TWAIN LEWIS | ) | |

## ORDER ON MOTION

After granting Atty. Tony Axam's *Motion to Admit Pro Hac Vice* (Doc. 16, filed March 16, 2006), it is

**ORDERED** that the *Motion to Withdraw as Counsel* filed by Assistant Federal Defender Kevin Butler on March 16, 2006 (Doc. 14), is hereby **GRANTED**. Accordingly, the clerk is ORDERED to designate Atty. Tony Axam as the counsel of record for Defendant Lewis.

DONE this 17th day of March, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE