IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Cr. No. 2:06-cr-0064-MHT |
| DEANDRA TWAIN LEWIS | ) |

## ORDER TO PRODUCE PRISONER FOR ARRAIGNMENT

TO:   United States Marshal and his Deputies:

**ARRAIGNMENT** is hereby set for **April 19, 2006,** in the above-styled case.

You are DIRECTED to produce the following named prisoner: <u>DEANDRA TWAIN LEWIS</u> before the United States District Court at Montgomery, Alabama, in Courtroom 4B, on April 19, 2006, at 10:00 a.m..

DONE, this the  5th  day of April, 2006.

DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE

By: _/s/ Suzanne_
Deputy Clerk