IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>DEANDRA TWAIN LEWIS, and    )<br>MARQUISE ANTOINE REYNOLDS    )<br>) | CR. NO. 2:06-cr-64-MHT |

O R D E R

Upon consideration of the Motion for Leave to Dismiss Indictment, heretofore filed in the above styled cause, and for good cause shown, SUPERSEDING INDICTMENT FILED, the Court is of the opinion that the motion should be and the same hereby is granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

DONE this _____ day of April, 2006.

_____
UNITED STATES DISTRICT JUDGE