```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF ALABAMA
                    NORTHERN DIVISION
```

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.: 2:06-CR-64-MHT |
| | ) | |
| **DEANDRA TWAIN LEWIS,** | ) | Superseding Indictment |
| | ) | Dated 5 April 2006 |
| Defendant. | ) | |
| _____ | ) | |

### ENTRY OF APPEARANCE

**COMES NOW**, Tony L. Axam and formally enters as Attorney of Record for the Defendant in the above styled case. Please forward any notices to this office.

This 18th day of April, 2006.

                                                      Respectfully submitted,

                                                      AXAM & ADAMS, P.A.

                                                     Tony L. Axam /s/
                                                     Tony L. Axam
                                                     Attorney for Defendant
                                                     Georgia Bar No. 029725

1280 West Peachtree Street
Suite 310
Atlanta, GA 30309
404-524-2233
404-897-1376 Facsimile

```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF ALABAMA
                     NORTHERN DIVISION
```

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.: 2:06-CR-64-MHT |
| | ) | |
| **DEANDRA TWAIN LEWIS,** | ) | Superseding Indictment |
| | ) | Dated 5 April 2006 |
| Defendant. | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this the 18th day of April, 2006 a true and correct copy of the foregoing Entry of Appearance has been served on opposing counsel by e-file/PACER hand delivery to:

```
              A. Clark Morris
      Assistant United States Attorney
              P. O. Drawer 197
         Montgomery, Alabama 36101-0197
```

Tony L. Axam /s/

TONY L. AXAM