**COURTROOM DEPUTY MINUTES**   DATE: **April 19, 2006**
**MIDDLE DISTRICT OF ALABAMA**

DIGITAL RECORDING: 10:45 - 10:50

- ✓ INITIAL APPEARANCE
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ☐ ARRAIGNMENT
- ✓ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE **CHARLES S. COODY**   DEPUTY CLERK: **WANDA STINSON**

CASE NO. **2: 06CR64-MHT-DRB**   DEFT. NAME: **DEANDRA TWAIN LEWIS**

USA: **A. CLARK MORRIS**   ATTY: **TONY L. AXAM**

Type Counsel: (✓) Retained; ( ) Panel CJA; ( ) Waived; ( ) CDO;

USPTSO/USPO: _____

Defendant _____ does ___ does NOT need an interpreter; NAME _____

- ☐ Kars.   Date of Arrest _____ or ☐ karsr40
- ✓ kia.   Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- ☐ Finaff.   Financial Affidavit executed ☐ to be obtained by PTS; ☐ ORAL Motion for Appt. Of Counsel.
- ☐ koappted   ORAL ORDER appointing Federal Defender - **Notice to be filed.**
- ☐ 20appt.   Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐   Deft. Advises he will retain counsel. Has retained _____
- ☐   Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐   Government's WRITTEN Motion for Detention Hrg. filed.
- ☐   DETENTION HRG ☐ held; ☐ set for _____; ☐ Prelim. Hrg ☐ Set for _____
- ☐ kotempdtn.   ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- ☐ kodtn.   ORDER OF DETENTION PENDING TRIAL entered
- ☐ kocondrls.   Release order entered. ☐ Deft. advised of conditions of release.
- ☐ kbnd.   ☐ BOND EXECUTED (M/D AL charges) $ _____ Deft released (kloc LR)
-   ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- ☐ Loc.(LC)   Bond NOT executed. Deft to remain in Marshal's custody
- ☐ ko.   Deft. ORDERED REMOVED to originating district
- ☐ kwvprl.   Waiver of ☐ Preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐   Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
- ✓ Karr.   ARRAIGNMENT SET FOR: _____, ✓ HELD. Plea of NOT GUILTY entered.
  ✓ Trial Term **8/7/06**; ☐ PRETRIAL CONFERENCE DATE: _____
  ☐ DISCOVERY DISCLOSURES DATE: provided
- ☐ Krmknn.   NOTICE to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg.   Identity/Removal Hearing set for _____
- ☐ Kwvspt   Waiver of Speedy Trial Act Rights Executed.