IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr64-T |
| | ) | |
| DEANDRA TWAIN LEWIS and | ) | |
| MARQUISE ANTOINE REYNOLDS | ) | |

<u>UNITED STATES' MOTION TO AMEND INDICTMENT
TO CORRECT MISNOMER OF AMOUNT OF SEIZED CURRENCY</u>

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and Assistant United States Attorney for the Middle District of Alabama, John T. Harmon, and respectfully files with the court its Motion to Amend Indictment to Correct Misnomer, and states as follows:

1. The defendants in this case were indicted on April 5, 2006, for violations of Title 21, United States Code, Section 841(a)(1). These violations relate to defendants' possession of a Schedule II Controlled Substance.

2. Forfeiture Allegation Two of the superseding indictment identified the amount of currency seized from defendant Deandra Twain Lewis as Thirty Thousand Dollars ($30,000).

3. All of the above information is correct, except the amount of seized currency should read "$30,240" not "$30,000".

4. Indictments may be amended to correct misnomers. <u>United States v. Johnson</u>, 741 F.2d 1338 (11th Cir. 1984).

5.   Based on the foregoing, the United States requests that the superseding indictment and other documentation in this case be amended to reflect the correct amount of seized currency, $30,240.

Respectfully submitted this 20th day of April, 2006.

                FOR THE UNITED STATES ATTORNEY
                    LEURA G. CANARY

                /s/John T. Harmon
                John T. Harmon
                Assistant United States Attorney
                Office of the United States Attorney
                Middle District of Alabama
                One Court Square, Suite 201 (36104)
                Post Office Box 197
                Montgomery, Alabama 36101-0197
                Telephone:(334) 223-7280
                Facsimile:(334) 223-7560
                E-mail: John.Harmon@usdoj.gov
                Bar Number: 7068-II58J

**CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2006, I electronically filed the foregoing Motion to Amend Indictment to Correct Misnomer with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **A. Clark Morris**, **Tony L. Axam** and **Kevin L. Butler**.

Respectfully submitted,

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov
Bar Number: 7068-II58J