IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL ACTION NO. |
| ) | 2:06cr64-MHT |
| DEANDRA TWAIN LEWIS and ) | |
| MARQUISE ANTOINE REYNOLDS ) | |

### ORDER

Upon consideration of the government's motion to amend indictment (doc. no. 39), it is ORDERED that defendants Deandra Twain Lewis and Marquise Antoine Reynolds show cause, if any there be, in writing by April 28, 2006, as to why said motion should not be granted.

DONE, this the 21st day of April, 2006.

                /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE