IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA    )
                            )
        v.                  )    CR. NO. 2:06cr64-T
                            )
DEANDRA TWAIN LEWIS and      )
MARQUISE ANTOINE REYNOLDS     )

O R D E R

Upon consideration of the Motion to Strike heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the Motion should be and the same is hereby GRANTED.  It is, therefore, **ORDERED, ADJUDGED and DECREED** by the Court that Forfeiture Allegation 1 is hereby stricken.

DONE this ____ day of _____, 2006.


_____
UNITED STATES DISTRICT JUDGE