IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )
    v.                        )   CRIMINAL ACTION NO.
                              )   2:06cr64-MHT
DEANDRA TWAIN LEWIS and       )
MARQUISE ANTOINE REYNOLDS     )
```

## ORDER

It is ORDERED that defendants Deandra Twain Lewis and Marquise Antoine Reynolds show cause, if any there be, in writing by April 28, 2006, as to why the government's motion to strike forfeiture allegation 1 (doc. no. 44) should not be granted.

DONE, this the 25th day of April, 2006.

                        /s/ Myron H. Thompson
                  UNITED STATES DISTRICT JUDGE