IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CR. NO. 2:06cr64-T |
| ) | |
| DEANDRA TWAIN LEWIS and  ) | |
| MARQUISE ANTOINE REYNOLDS  ) | |

O R D E R

Upon consideration of the Motion to Strike (Doc. No. 44) heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the Motion should be and the same is hereby GRANTED. It is, therefore, **ORDERED, ADJUDGED and DECREED** by the Court that Forfeiture Allegation 1 is hereby stricken.

DONE this 2nd day of May, 2006.

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE