IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
    v.                      )   CRIMINAL ACTION NO.
                            )   2:06cr64-MHT
DEANDRA TWAIN LEWIS and     )
MARQUISE ANTOINE REYNOLDS   )
```

### ORDER

There being no objection, it is ORDERED that the government's motion to amend indictment to correct misnomer of amount of seized currency (doc. no. 39) is granted.

DONE, this the 4th day of May, 2006.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE