**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

May 5, 2006

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style: USA vs. Deandra Twain Lewis, et al.**

**Case Number:2:06cr64-MHT**

**The attached superseding indictment has been corrected pursuant to the Court's May 4, 2006 order.**