IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06-CR-64-MHT |
| | ) | |
| DEANDRE TWAIN LEWIS | ) | |

## **O R D E R**

Upon consideration of Defendant's unopposed *Consent Motion for Leave to File Out of Time Motion to Suppress* (Doc. 52, filed May 5, 2006), it is

**ORDERED** that the Motion is GRANTED to the extent that the suppression motion shall be filed with a supporting brief not later than May 9, 2006, and counsel shall be prepared at the scheduled pretrial conference on May 12 to discuss the setting of an evidentiary hearing in June.

DONE this 5th day of May, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE