**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT
CLERK

TELEPHONE:
334 954-3600

May 9, 2006

# NOTICE OF CORRECTION

TO:           Attorney Tony L. Axam

FROM:         Sheila Carnes, Deputy Clerk

SUBJECT:      United States of America v Deandra Twain Lewis
              Cr No. 2:06-cr-00064-MHT

The docket entries created by the motion to suppress statement (dn 53) and motion to suppress search (dn 54) have been corrected as follows:

    1)  Suppress Statement by Deandra Twain Lewis. (Axam, Tony) (Entered: 05/05/2006) - Since this is a two-part motion, it should have been docketed as a motion to suppress and for hearing. The second relief sought in this motion has been added to the docket sheet and to the court's pending motions report.

    2)  MOTION to Suppress Search by Deandra Twain Lewis. (Axam, Tony) (Entered: 05/05/2006) - This entry includes an EMBEDDED brief. Briefs filed in this court in support/opposition to motions are filed as separate documents. The docket entry has been corrected to show the brief attached and a separate "BRIEF" entry has been docketed.

    As indicated to your office staff by telephone today, Criminal Cases Administrative Procedures for e-filing in our district are located on our website at http//www.almd.uscourts.gov. Part II, Section C (1) outlines the format for electronic signatures.

We invite you to contact our help line at 334 954-3935, or the criminal division of our office at 334 954-5032, if you have questions regarding our e-filing procedures.