# MINUTES
## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

☑ Northern ☐ Southern ☐ Eastern

| | |
|---|---|
| HON. Delores R. Boyd | AT Montgomery, Alabama |
| DATE COMMENCED 5-12-2006 | @ 10:29 ☑ a.m. ☐ p.m |
| DATE COMPLETED 5-12-2006 | @ 10:39 ☑ a.m. ☐ p.m |

CASE NO. 2:06CR64-MHT

UNITED STATES OF AMERICA VS. DEANDRA TWAIN LEWIS
Plaintiff(s)                          Defendant(s)

### APPEARANCES

Plaintiff(s)/Government: Clark Morris

Defendant(s): Tony Axam

### COURT OFFICIALS PRESENT:

Ctrm Clerk: S. Q. Long, Jr.
Crt Rptr: 
Law Clerk: 
Interpreter: 
USPO/USPTS: 
Other: 

### PROCEEDINGS:

☐ Motion Hearing: 
☐ Status Conference
☐ Revocation
☐ Settlement Conference
☐ Non-Jury Trial
☐ Other
☐ Oral Argument
☐ Scheduling Conf.
☐ Telephone Conf.
☐ Revocation/Prtrl/SupvRel/Prob
☐ Evidentiary Hrg.
☐ Show Cause
☐ Sentencing

☑ Pretrial Conference ☑

Pending Motions: M/Suppress
Discovery Status: Complete    Plea Status: 
Trial Status/Length: 3-Days    Trial Term: 8-7-06