IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06-CR-64-MHT |
| | ) | |
| DEANDRE TWAIN LEWIS | ) | |

**O R D E R**

Upon consideration of Defendant's *Motion to Suppress Statement and Jackson Denno Hearing* (Doc. 53, filed May 5, 2006), and *Motion to Suppress Search* and *Brief* (Doc. 54, filed May 5, 2006), it is

**ORDERED** that the Government shall file a response to the motions on or before **June 6, 2006.** An evidentiary hearing is set at **9:30 a.m. on June 9, 2006**, in District Courtroom 4A, Frank M. Johnson United States Courthouse Complex, 1 Church Street, Montgomery, Alabama, 36104. If the defendant is in custody, the United States Marshal shall produce the defendant for the hearing.

DONE this 15TH day of May, 2006.

                                                    **/s/ Delores R. Boyd**
                                                    DELORES R. BOYD
                                                    UNITED STATES MAGISTRATE JUDGE