IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, __NORTHERN__ DIVISION

HON. __Delores Boyd__ MAG. JUDGE AT __Montgomery__, ALABAMA

DATE COMMENCED __6-9-2006__ AT __9:32__ (A.M.)/P.M.

DATE COMPLETED __6-9-2006__ AT __1:17__ A.M./(P.M.)

UNITED STATES OF AMERICA )
)
vs. ) (Criminal
) Case No. 2:06CR64-MHT
DEANDRA TWAIN LEWIS )
MARQUISE ANTOINE REYNOLDS )
)

| GOVERNMENT | DEFENDANT |
|---|---|
| Clark Morris | Tony Axam |
| | Wesley Pitters |

**COURT OFFICIALS PRESENT**

S. Q. Long, Jr., Clerk

Risa Entrekin, Court Reporter            Michele Dearing, Law Clerk

**PROCEEDINGS**

( ) NON-JURY TRIAL
(X) OTHER PROCEEDING: __HEARING ON DEFTS' MOTION TO SUPPRESS__

9:32am: Court convenes.
9:47am: Testimony begins.
11:30am; 12:02pm: Recess.
1:17pm: Court is recessed.