Govt.
EXHIBITS

Cr. No. 2:06-cr-64-MHT

## UNITED STATES OF AMERICA

## V.

## DEANDRA TWAIN LEWIS
## MARQUISE ANTOINE REYNOLDS

| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO. | WITNESS | OBJ | DESCRIPTION |
|---|---|---|---|---|---|---|
| | | | 1 | | | Search warrant affidavit for 869 Balfour Drive, Montgomery, AL |
| Yes | 6-9-06 | 6-9-06 | 2 | Hayes | | Picture of marijuana in toilet |
| Yes | | | 3 | | | Picture of money |
| Yes | | | 4 | | | Picture of marijuana |
| Yes | | | 5 | | | Picture of kilogram of cocaine |
| Yes | | | 6 | | | Photocopy of Deandre Lewis' driver's license |
| Yes | | | 7 | | | Copy of letter addressed to Lewis from Probation and Parole Office |
| | | | | | | |
| | | | | | | |
| | | | | | | |