IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,          )
                                   )
v.                                 ) CR. NO. 2:06-cr-64-MHT
                                   )
DEANDRA TWAIN LEWIS,               )
                                   )
        Defendant.                 )
_____)

## DEFENDANT'S EXHIBIT LIST

COMES NOW, Defendant, by and through undersigned counsel, and submits his Exhibit list for the Motion to Suppress hearing as follows:

A. Search Warrant (8 March 2006)

*yes* • B. Affidavit In Support of Search Warrant (Detective P. B. Hayes, Affiant, W. Troy Massey, Magistrate)

C. Report of Investigation (By SA Neill Thompson)

• D. Supplementary Offense Report (By TFO S.J. Edwards)

E. Offense Report, Montgomery Police Department

This 9th day of June 2006.

Respectfully submitted,

AXAM & ADAMS, P.A.

Tony L. Axam/S/
Tony L. Axam

1