IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. <u>2:06-cr-64-MHT</u> |
| | ) | |
| DEANDRA TWAIN LEWIS | ) | |

<u>INFORMATION:  TITLE 21, UNITED STATES CODE, SECTION 851
RELATING TO PREVIOUS STATE FELONY CONVICTION FOR DRUGS</u>

The United States Attorney charges:

That the defendant, DEANDRA TWAIN LEWIS, who is currently under indictment in the above-styled case, has been convicted of Possession of a Controlled Substance, a felony, in the Circuit Court of Montgomery, Alabama, on the 25th day of September, 2003, in case number CC-2003-431 and that said conviction constitutes " a prior conviction for a felony drug offense" for purposes of enhanced penalty pursuant to Title 21, United States Code, §§ 841(b)(1) and 851.

Respectfully submitted this the 12th day of June, 2006.

                                        LEURA G. CANARY

                                        UNITED STATES ATTORNEY

                                        s/A. Clark Morris
                                        A. CLARK MORRIS
                                        Assistant United States Attorney
                                        One Court Square, Suite 201
                                        Montgomery, AL 36104
                                        Phone: (334)223-7280
                                        Fax: (334)223-7135
                                        E-mail: clark. morris@usdoj.gov
                                        ASB-1613-N77A

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. <u>2:06-cr-64-MHT</u> |
| | ) | |
| DEANDRA TWAIN LEWIS | ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Tony Axom, Esquire.

        Respectfully submitted,

        s/A. Clark Morris
        A. CLARK MORRIS
        Assistant United States Attorney
        One Court Square, Suite 201
        Montgomery, AL 36104
        Phone: (334)223-7280
        Fax: (334)223-7135
        E-mail: clark. morris@usdoj.gov
        ASB-1613-N77A