IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CR. NO. 2:06-cr-64-MHT |
| | ) |
| DEANDRA TWAIN LEWIS, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**DEFENDANT'S MOTION FOR EXTENSION OF CHANGE OF PLEA DEADLINE
AND MOTION TO CONTINUE TRIAL DATE**

COMES NOW, Defendant, by and through undersigned counsel, and files his Motion for Extension of Change of Plea Deadline and Motion to Continue Trial Date, and in support thereof shows the Court the following:

1.

Jury selection in this matter is scheduled to begin on 7 August 2006 and trial is scheduled for 8 August 2006.

2.

The change of plea deadline is today, 26 July 2006.

3.

On 25 July 2006, the Report and Recommendation of the Magistrate denying Defendant's Motions to Suppress was entered.

4.

Defendant's objections to the Magistrate's Report and Recommendation are due 2 August 2006.

1

5.

Defendant does intend to submit objections to the Report and Recommendation of the Magistrate and has already made arrangements with Judge Thompson's office to have the hearing transcripts ordered.

6.

Defendant's counsel cannot adequately advise Defendant regarding his option to enter a change of plea without a final decision on Defendant's Motions to Suppress.

7.

Further, Defendant cannot adequately complete a defense strategy in preparation for trial until the District Judge's decision on Defendant's Motions to Suppress is entered.

8.

Therefore, in the interest of justice, Defendant requests that the Change of Plea deadline be extended to a date after a final decision by the District Judge has been entered regarding Defendant's Motions to Suppress.

9.

Additionally, in the interest of justice, Defendant requests a continuance of the trial presently scheduled for 8 August 2006 to a date and time after the entry of a final decision by the District Judge regarding Defendant's Motions to

Suppress in order to allow Defendant's counsel sufficient time to complete a defense strategy in preparation for trial.

WHEREFORE, Defendant respectfully prays:

1. That the instant motion be granted;
2. That the Change of Plea Deadline be extended to a date after the entry of the District Judge's ruling on Defendant's Motions to Suppress;
3. That the trial date be continued to a date and time after the entry of the District Judge's decision on Defendant's Motions to Suppress in order to allow counsel sufficient time to complete trial preparations; and
4. For such other relief as the Court deems is proper and just.

This 26th day of July 2006.

Respectfully submitted,

Axam & Adams, P.A.

Tony L. Axam/S/
Tony L. Axam

1280 West Peachtree Street
Suite 310
Atlanta, Georgia 30309
(404) 524-2233
(404) 897-1376 facsimile

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CR. NO. 2:06-cr-64-MHT |
| | ) |
| DEANDRA TWAIN LEWIS, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**CERTIFICATE OF SERVICE**

This is to certify that I have on this 26th day of July 2006 served the Government in the above styled case with a copy of the foregoing Reply Brief to Government's Response to Defendant's Motion To Suppress via ECF/pacer and by depositing a copy of the same in the United States Mail with sufficient postage affixed thereto and properly addressed to ensure delivery to the following:

A. Clark Morris
Assistant United States Attorney
P. O. Drawer 197
Montgomery, Alabama 36101-0197

Tony L. Axam/S/
Tony L. Axam

4