IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:06cr64-MHT |
| DEANDRA TWAIN LEWIS | ) | |

ORDER

It is ORDERED that defendant Deandra Twain Lewis's motion to continue trial date (Doc. No. 73) is denied.

DONE, this the 26th day of July, 2006.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE