IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
     v.                     )    CRIMINAL ACTION NO.
                            )       2:06cr64-MHT
DEANDRA TWAIN LEWIS         )          (WO)
```

ORDER

Upon consideration of the recommendation of the United States Magistrate Judge entered on July 25, 2006 (Doc. No. 72), and after an independent and de novo review of the record,* it is the ORDER, JUDGMENT, and DECREE of the court:

(1) That the objections filed by defendant Deandra Twain Lewis (Doc. No. 89), which only address the portion of the recommendation related to his motion to suppress evidence, are overruled;

---

\* The magistrate judge entered her recommendation on July 25, 2006, and objections were not due until August 2. However, because the case is set for trial on August 7, this court began its review of the matter shortly after the recommendation was entered, after learning that defense counsel intended to object to the recommendation.

(2) That the recommendation of the United States Magistrate Judge (Doc. No. 72) is adopted; and

(3) That defendant Lewis's motion to suppress statement (Doc. No. 53) and motion to suppress evidence (Doc. No. 54) are denied.

DONE, this the 3rd day of August, 2006.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**