IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06-CR-64-MHT |
| | ) | |
| DEANDRE TWAIN LEWIS | ) | |

## O R D E R ON MOTION

Upon notice of the District Judge's adoption (Doc. 90) of the Magistrate Judge's Recommendation to deny the suppression motions filed by Defendant Lewis, and pursuant to the referral of *Defendant's Emergency Motion for Extension of Time to File Change of Plea* (Doc. 73), it is

**ORDERED** that the Motion is GRANTED only to the extent that Defendant's time to enter any change in his plea is extended to August 7, 2006, prior to commencement of the scheduled trial.

DONE this 3rd day of August, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE