**MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE          AT   MONTGOMERY, ALABAMA

DATE COMMENCED   AUGUST 7, 2006          AT          10:35      A.M./P.M.

DATE COMPLETED   AUGUST 7, 2006          AT          1:35       A.M./P.M.

| UNITED STATES OF AMERICA | ) |
|---|---|
| | ) |
| v | ) CR NO 2:06cr00064-MHT |
| | ) |
| DEANDRA TWAIN LEWIS | ) |
| MARQUISE ANTOINE REYNOLDS | ) |

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| | X | |
| AUSA A. Clark Morris | X | Atty Tony Axam |
| | X | Atty Amardo Pitters |
| | X | |

COURT OFFICIALS PRESENT:

| Kevin Kish, | Anthony Green & Sheila Carnes, | Mitchell Reisner, |
|---|---|---|
| Law Clerk | Courtroom Deputies | Court Reporter |

JURORS

1.  Linda G. Woulard                7.  Linda G. Woulard
2.  Debra Maddox                    8.  Regina B. Reilly
3.  Judy Margaret McLain            9.  William Parker
4.  Sheila McCurdy                 10.  Hugh Jackson Davis
5.  Linda Britton Potts            11.  Darnita S. Bradley
6.  Judy B. Carter                 12.  Sandra F. Parsons

ALTERNATES

13.  Patricia H. Cox                14.  Edward E. Lamb

**JURY SELECTION**

10:35 a.m.   Court convened.
             Multiple voir dire begun (Cr Nos. 3:06cr95-MHT, USA v
             Snipes; 2:05cr290-MHT, USA v Gordon; 2:06cr64-MHT, USA v
             Lewis and Reynolds; 2:05cr300-MHT, USA v Woods; and
             2:05cr66-MHT, USA v Darter).  Jury Selection held.
1:35 p.m.    Jury seated and excused; trial scheduled for Monday, August
             14, 2006, 9:00 a.m.