COURTROOM DEPUTY'S MINUTES
MIDDLE DISTRICT OF ALABAMA

DATE: 8-7-2006

DIGITAL RECORDING: *3:23 - 3:43 pm*

COURT REPORTER:

☐ ARRAIGNMENT        ☑ CHANGE OF PLEA        ☐ CONSENT PLEA

☐ RULE 44(c) HEARING        ☐ SENTENCING

PRESIDING MAG. JUDGE:   DRB        DEPUTY CLERK:  sql

CASE NUMBER:   2:06CR64-MHT        DEFENDANT NAME: Deandra Twain LEWIS

AUSA:   Morris        DEFENDANT ATTORNEY:   Tony Axam

Type counsel ( )Waived; ( )Retained; ( )CJA; ( )FPD

( ) appointed at arraignment; ( ) standing in for: _____

PTSO/USPO:

Interpreter present? ( )NO; ( )YES    Name:

☐ This is defendant's FIRST APPEARANCE.

☐ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.

☐ ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.

☐ WAIVER OF INDICTMENT executed and filed.

☐ INFORMATION filed.

☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

PLEA:        ☐ Not Guilty

☑ Guilty as to: *2, 5, 6*

☑ Count(s):

☑ Count(s): *1, 4s*        ☐ dismissed on oral motion of USA

☑ to be dismissed at sentencing

☑ Written plea agreement filed    ☐ ORDERED SEALED

☑ ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts *2, 5, 6.*

☐ CRIMINAL TERM:        ☐ WAIVER OF SPEEDY TRIAL filed.

DISCOVERY DISCLOSURE DATE:

☐ ORDER: Defendant continued under ☐ same bond; ☐ summons; for:

☐ Trial on _____; ☐ Sentencing on _____

☑ ORDER: Defendant remanded to custody of U. S. Marshal for:

☐ Trial on _____; or ☑ Sentencing on _____

☐ Rule 44 Hearing: ☐ Waiver of Conflict of Interest Form executed

☐ Defendant requests time to secure new counsel