IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:06cr64-T |
| ) | |
| DEANDRA TWAIN LEWIS ) | |

MOTION TO STRIKE FORFEITURE ALLEGATION 2

Comes now the United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and hereby moves the Court to strike Forfeiture Allegation 2 from the Superseding Indictment returned April 5, 2006.

The $30,240.00 seized on March 8, 2006, from defendant Deandra Twain Lewis was disposed of through administrative forfeiture proceedings on September 11, 2006.

A proposed Order is filed herewith.

Respectfully submitted this 14th day of September, 2006.

FOR THE UNITED STATES ATTORNEY
LEURA G. CANARY

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Bar Number: 7068-II58J
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on September 14, 2006, I electronically filed the foregoing Motion to Strike Forfeiture Allegation 2 with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **A. Clark Morris, Tony L. Axam**, and **Amardo Wesley Pitters**.

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney