```
         IN THE DISTRICT COURT OF THE UNITED STATES
            FOR THE MIDDLE DISTRICT OF ALABAMA
                     NORTHERN DIVISION
```

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | ) CR. NO. 2:06-cr-64-MHT |
| | ) |
| **DEANDRA TWAIN LEWIS,** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

### MOTION FOR CONTINUANCE

COMES NOW, Deandra Twain Lewis, Defendant, and moves the Court for a continuance in the above-styled case for the meeting with Probation Officer Doug Mathis for Thursday, 28 September 2006 at 10:00 a.m.  Defendant's Attorney, Tony L. Axam, is lead counsel in State of Georgia v. Terry Hubbard, Jr., a specially set murder trial which began on Monday 25 September 2006.  This trial is not expected to conclude until Friday, 29 September 2006.  Attorney Axam expects to file objections to the Pre Sentence Investigation Report in this matter and Attorney Axam asserts that his presence at the meeting via teleconference is required to protect the rights and interest of the Defendant.  Defendant's meeting with Probation Officer Mathis cannot adequately be handled and the client's interest adequately protected by other counsel for the parties in the cases, nor by other attorney's in the undersigned's law firm.

Probation Officer Mathis has been notified orally and does

1

not object to the continuance.

WHEREFORE, Defendant respectfully requests that Defendant's meeting with his probation officer scheduled for 28 September 2006 be continued to a later date at a time and place to be determined by this honorable Court.

This 27th day of September, 2006.

                                        Respectfully submitted,

                                        AXAM & ADAMS, P.A.

                                        <u>Tony L. Axam /s/</u>
                                        TONY L. AXAM
                                        GA Bar No. 029725
                                        Attorney for Defendant

P.O. Box 115238
Atlanta, GA 30310
(404) 524-2233
(404) 897-1376 facsimile
tony.axam@axamlaw.com

**CERTIFICATE OF SERVICE**

This is to certify that I have this date served upon opposing counsel a copy of the within and foregoing **MOTION FOR CONTINUANCE** with the Clerk of Court using CM/ECF system which will automatically send notification of such filing to opposing counsel, and by depositing a copy of the same in the United States mail in an envelope with the adequate postage affixed thereto and properly addressed to ensure delivery to the following:

A. Clark Morris
Assistant United States Attorney
P. O. Drawer 197
Montgomery, Alabama 36101-0197

Doug Mathis
United States Probation Officer
U.S. District Court
One Church Street
Montgomery, AL   36104


TONY L. AXAM /S/