IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:06cr64-MHT |
| DEANDRA TWAIN LEWIS | ) | |

## ORDER

It is ORDERED as follows:

(1) The motion for continuance (doc. no. 106) is granted.

(2) Defendant Deandra Twain Lewis's meeting with his probation officer is continued to a date and time set at the discretion of the probation officer.

DONE, this the 28th day of September, 2006.

　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　UNITED STATES DISTRICT JUDGE