```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF ALABAMA
                  NORTHERN DIVISION

UNITED STATES OF AMERICA,     )
                              )
        Plaintiff,            )
                              )
v.                            )   CASE NO.: 2:06-CR-64
                              )
DEANDRA TWAIN LEWIS,          )
                              )
        Defendant.            )
_____)
```

**MOTION FOR CONTINUANCE OF SENTENCING**

COMES NOW, DEANDRA TWAIN LEWIS, Defendant, and moves the Court for a continuance in the above-styled case for the Sentencing scheduled for Thursday, 12 October 2006 at 10:00 a.m. Defendant's Attorney, Tony L. Axam, is lead counsel in <u>State of Georgia v. Bernard Peterson</u>, which is specially set for trial on Monday, 9 October 2006. This trial is not expected to conclude until Friday, 13 October 2006. Defendant's Sentencing cannot adequately be handled, and the client's interest adequately protected, by other counsel for the parties in the cases, nor by other attorney's in the undersigned's law firm.

Additionally, Defendant has accepted responsibility for the offenses to which he has plead and the Government has agreed to file a motion for downward departure pursuant to 5K1.1. Defendant requests that this continuance be granted in order to afford him time to speak with the Government to provide

1

substantial assistance.

Defense counsel also respectfully requests that This Court note the following matters in which he is also lead counsel and which are presently scheduled for trial:

- 16 October 2006, <u>State of Mississippi v. Kelvin Vance</u>
- 23 October 2006, <u>State of Georgia v. Rodney Turpin</u>
- 23 October 2006, <u>State of Georgia v. Frederick Maddox</u>
- 30 October 2006, <u>State of Georgia v. John McNeil,</u> Specially Set
- 6 November 2006, State of Georgia v. Kevin Green, Specially Set
- 13 November 2006, <u>State of Georgia v. Clarence Eads,</u> Specially Set
- 27 November 2006, <u>State of Georgia v. Abdul Chowdury</u>

Our office has spoken with Assistant United States Attorney, A. Clark Morris who has advised that she is not opposed to the instant motion.

WHEREFORE, Defendant respectfully requests that the Sentencing scheduled for 12 October 2006 be continued to a later date at a time and place to be determined by this honorable Court.

This 6th day of October, 2006.

>Respectfully submitted,
>
>AXAM & ADAMS, P.A.
>
><u>Tony L. Axam /s/</u>
>TONY L. AXAM
>GA Bar No. 029725
>Attorney for Defendant

P.O. Box 115238
Atlanta, GA 30310
(404) 524-2233
(404) 897-1376 facsimile
tony.axam@axamlaw.com

**CERTIFICATE OF SERVICE**

This is to certify that I have this date served upon opposing counsel a copy of the within and foregoing **MOTION FOR CONTINUANCE** with the Clerk of Court using CM/ECF system which will automatically send notification of such filing to opposing counsel, and by depositing a copy of the same in the United States mail in an envelope with the adequate postage affixed thereto and properly addressed to ensure delivery to the following:

> A. Clark Morris
> Assistant United States Attorney
> P. O. Drawer 197
> Montgomery, Alabama 36101-0197

<u>TONY L. AXAM /S/</u>

3