IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:06cr64-MHT |
| DEANDRA TWAIN LEWIS | ) | |

### ORDER

It is ORDERED that defendant Deandra Twain Lewis's motion for continuance of sentencing (Doc. No. 108) is denied.  Defense counsel has known about the sentencing date since August 17, 2006, and he does not explain why he waited until three business days before sentencing to bring any conflict to the court's attention.

DONE, this the 10th day of October, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE