IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.: 2:06-CR-64 |
| ) | |
| DEANDRA TWAIN LEWIS, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**MOTION FOR RECONSIDERATION OF ORDER DENYING DEFENDANT'S MOTION FOR CONTINUANCE OF SENTENCING**

COMES NOW, DEANDRA TWAIN LEWIS, Defendant, and moves the Court to reconsider its Order denying Defendant's Motion for Continuance of Sentencing. Defendant shows that his counsel submitted written correspondence on 29 September 2006 advising the Court of possible conflicts. At that time, there was a possibility that the trial matters which conflicted with the Sentencing scheduled for 12 September 2006 may be resolved and that the conflict would no longer exist. Defense counsel filed its Motion for Continuance as soon as it became aware that the conflict would not be resolved. Defense counsel reasserts that Defendant's Sentencing cannot adequately be handled, and the client's interest adequately protected, by other counsel for the parties in the cases, nor by other attorney's in the undersigned's law firm.

Additionally, Defense counsel reasserts that Defendant hs

1

not conferred with the probation department nor been afforded the opportunity to provide substantial assistance to the government.

Finally, Assistant United States Attorney, A. Clark Morris did not oppose Defendant's Motion for Continuance.

WHEREFORE, Defendant respectfully requests that the Court reconsider its Order denying Defendant's Motion For Continuance and Defendant respectfully prays that the Sentencing scheduled for 12 October 2006 be continued to a later date at a time and place to be determined by this honorable Court.

This 10th day of October, 2006.

                                      Respectfully submitted,

                                      AXAM & ADAMS, P.A.

                                      <u>Tony L. Axam /s/</u>
                                      TONY L. AXAM
                                      GA Bar No. 029725
                                      Attorney for Defendant

P.O. Box 115238
Atlanta, GA 30310
(404) 524-2233
(404) 897-1376 facsimile
tony.axam@axamlaw.com

**CERTIFICATE OF SERVICE**

This is to certify that I have this date served upon opposing counsel a copy of the within and foregoing **MOTION FOR RECONSIDERATION OF ORDER DENYING DEFENDANT'S MOTION FOR CONTINUANCE OF SENTENCING** with the Clerk of Court using CM/ECF system which will automatically send notification of such filing to opposing counsel, and by depositing a copy of the same in the United States mail in an envelope with the adequate postage affixed thereto and properly addressed to ensure delivery to the following:

>A. Clark Morris
>Assistant United States Attorney
>P. O. Drawer 197
>Montgomery, Alabama 36101-0197


>TONY L. AXAM /S/