IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
    v.                      )   CRIMINAL ACTION NO.
                            )       2:06cr64-MHT
DEANDRA TWAIN LEWIS         )
```

### ORDER

It is ORDERED as follows:

(1) Defendant Deandra Twain Lewis's motion for reconsideration (Doc. No. 110) is granted.

(2) Sentencing for defendant Lewis, now set for October 12, 2006, is reset for October 13, 2006, at 7:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 11th day of October, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE