# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE            AT MONTGOMERY   ALABAMA

DATE COMMENCED   October 13, 2006             AT   7:15   A.M./P.M.

DATE COMPLETED   October 13, 2006             AT   7:36   A.M./P.M.

UNITED STATES OF AMERICA                      Criminal Action
                                              2:06-cr-64-001-MHT
        VS.

DEANDRA TWAIN LEWIS

| PLAINTIFF(S) | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA A. Clark Morris | X | Atty Tony Axam |
|  | X |  |
|  | X |  |
|  | X |  |
|  | X |  |

COURT OFFICIALS PRESENT:

| Anthony Green | Daniel Korobkin, | Risa Entrekin, |
|---|---|---|
| Courtroom Clerk | Law Clerk | Court Reporter |

PROCEEDINGS:
( ) NONJURY TRIAL
(x) OTHER PROCEEDING:       SENTENCING HEARING

| | |
|---|---|
| 7:15 a.m. | Sentencing hearing commenced. Plea agreement stated on the record. Probation concurs with plea agreement. Court accepts plea agreement. Sentence imposed; **ORAL ORDER** during sentence imposition granting motion for reduction in criminal offense level. Government's **ORAL MOTION** to dismiss Counts 1s and 4s of the Superseding Indictment and [70] Information to Establish Prior Conviction. **ORAL ORDER** granting oral Motion to Dismiss Counts 1s and 4s and [70] Information to Establish Prior Conviction. |
| 7:36 a.m. | Hearing concluded. |